DURDEN *v.* DURDEN.

BECK, J. 1. The court did not abuse its discretion in refusing to admit in evidence an affidavit offered by the attorney for one of the parties, which had not been served upon the opposite party in accordance with the order of the court relating to the exchange of affidavits.

2. Under the evidence in the case it does not appear that the court abused its discretion in the allowance of temporary alimony.

> *Judgment affirmed. All the Justices concur.*
> JANUARY 11, 1917.

Temporary alimony. Before Judge Charlton. Chatham superior court. January 8, 1916.

*Don. H. Clark,* for plaintiff in error.